

# THE LAW OFFICE OF FLORIAN MIEDEL

September 1, 2009

The Honorable Edward R. Korman
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: <u>United States v. Olisahemeka Franklin Ufele</u>, **04-CR-1083, 04-CR-1090**

Your Honor:

On June 30, 2005, Mr. Ufele pled guilty before Magistrate Judge Go to count one of superseding indictment 04-CR-1083 charging him with conspiring to commit bank fraud, and he also pled guilty to count one of superseding indictment 04-CR-1090 charging him with a separate bank fraud conspiracy. He is scheduled to be sentenced by Your Honor on September 3, 2009. The Probation Department estimates that Mr. Ufele's total offense level is 20, that his criminal history category is III, and that his guideline range of imprisonment is therefore 41-51 months. See PSR at ¶¶ 91, 108, 143. I do not dispute the Probation Department's calculation.

I attach here letters of support for Mr. Ufele that I ask the Court to consider in its determination of a reasonable sentence under the factors set forth in 18 U.S.C. § 3553(a).

Thank you for your consideration.

Respectfully Submitted,

Florian Miedel, Esq.

Cc: AUSA Tanya Hill (ECF)
Clerk of Court (ECF)

Trinity Centre • 111 Broadway Suite 1401 • New York New York • 212-616-3042(T) • 212-616-3046(F)
www.Miedellaw.com



**Queens Parish**

Dear sir/madam

## TO WHOM IT MAY CONCERN

This is to certify that Franklin Emeka Ufele is a dedicated member of this church He is an Assistant treasurer and also assistant coordinator for World vision program of this church and he is a trustworthy, honest and reliable person. I have known him for five years and he has always been a very cheerful and hardworking individual; he will be very useful for the community and the church if granted release.

Thanks

Yours truly,

Rev. James K Adepoju

8/12/09

310 Elton Street Brooklyn, NY 11208
Tel: 718-647-2356

*Celestial Church Christ (Queens Parish)*

*310 Elton Street*

*Brooklyn NY 11233*

August 7, 2009

**To Whom It May Concern:**

The bearer Franklin Emeka, Ufele has been known to me two years ago in the church. He is a devoted Christian, he participates in nearly all church programs.. He assists in training and education of the youth. He is the church assistant coordinator for outreach gift distribution to the community- sick people, children, families and the homeless. This program is sponsored by World Vision – a non profit organization in partnership with our church. He was in products distribution mission to the community when he got arrested for driving without valid license on September 15, 2008. He volunteers for most of the church works and family counseling. He is a good Christian that will be useful to the community if granted a pardon and release.


Sincerely yours

Evangelist Sunday Oladunmoye  8/13/09

Director of outreach program.

George Izuchukwu
1020 Grand Concourse
Bronx, New York
10451
August 7, 2009

TO WHOM IT MAY CONCERN.

Dear Sir/Madam,

I have known Frank Emeka Ufele for more than twenty-nine years. He is a member of Celestial Church of Christ, Queens Parish, New York. Franklin joined the church in helping the community and also helps the people in need through volunteer work. Franklin is a God fearing person and a nice person to be around with. I beg you to be lenient with him and release him through Jesus Christ our Lord.

Yours truly

George Izuchukwu.

Date: 08/24/09

Christabella Cochran
95 – 60 Queens Blvd. #313
Rego-Park, NY 11374

Re: Olisahemeka Franklin Ufele

To whom it may concern:

I have known the above referenced since 1993. I know him to be dependeable and humble. I can confirm that he is extremely dedicated to his family, church and community. Mr. Ufele is entirely peace loving. He is charitable, warm and sensitive to other's needs, he has volunteered at churches and Mental retardation Services Provider agency.

I can confirm that Franklin had informed me on several occasions that due to his cooperation with the US Government agency, him and his family in Nigeria have received several threats.

Yours faithfully,

Christabella Cochran
Spouse